IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-79-D

| | | |
|---|---|---|
| MORRIS JEFFREY MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| J. GRAY MORGAN, SOUTHERN | ) | |
| BANK AND TRUST COMPANY, and | ) | |
| AFFILIATED MORTGAGE SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

On June 24, 2019, plaintiff, appearing pro se, filed a motion to dismiss without prejudice [D.E. 4]. The court has considered plaintiff's motion as a motion for voluntary dismissal without prejudice. Plaintiff's motion for voluntary dismissal is GRANTED

SO ORDERED. This 26 day of June 2019.

JAMES C. DEVER III
United States District Judge